IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR411 |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN M. LEE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's letter/motion requesting copies of the docket sheet (Filing No. 32). Defendant is reminded that he is not entitled to free copies. Accordingly,

IT IS ORDERED that defendant's request for copies is denied. To the extent defendant seeks *free* copies of the docket sheet, he does not have the right to receive copies of documents without payment, even if he has previously been granted leave to proceed in forma pauperis. See 28 U.S.C. § 1915(a)(1), note 427.

The Court notes the clerk's office has advised defendant of the cost of the document he seeks is $3.00, and he shall prepay the costs for the copies.

DATED this 19th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court